UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY H.G.,<br><br>                           Plaintiff,<br>v.<br>SS DISABILITY,<br><br>                          Defendant. | Case No.: 19cv1603-CAB-RBM<br><br>**ORDER: (1) ADOPTING REPORT AND RECOMMENDATION [Doc. No. 30]; (2) DENYING PLAINTIFF'S "MERITS BRIEF" [Doc. No. 25]; and (3) AFFIRMING THE DECISION OF THE ALJ** |

      Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Ruth Bermudez Montenegro, filed on August 19, 2020, recommending that the Court deny Plaintiff Terry H.G.'s Merits Brief and affirm the decision of the Administrative Law Judge ("ALJ"). [Doc. No. 30.]

      Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1) set forth a district court's duties in connection with a magistrate judge's report and recommendation. The district court must "make a de novo determination of those portion of the report to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also United States v. Raddatz*, 447 U.S. 667, 673-76 (1980); *United States v. Remsing*, 874

F.2d 614, 617 (9th Cir. 1989).  However, in the absence of timely objection, the Court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  Fed.R.Cvi.P. 72 advisory committee's note (citing *Campbel v. U.S. Dist. Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

    Here, neither party has timely filed objections to Magistrate Judge Montenegro's R&R. [*See* Doc. No. 30 at 15 (objections due by September 10, 2020).] Having reviewed the R&R, the Court finds that it is thorough, well-reasoned, and contains no clear error. Accordingly, the Court hereby: (1) **ADOPTS** Magistrate Judge Montenegro's report and recommendation;  (2) **DENIES** Plaintiff's Merits Brief;  and (3) **AFFIRMS** the decision of the ALJ.

    This Order concludes the litigation in this matter.  The Clerk shall close the file.

    **IT IS SO ORDERED**.

Dated:  September 17, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge